# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tammi Killis,

Plaintiff(s),

v.

Cabela's Inc.,

Defendant(s).

Case No. 13 CV 6532
Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of the defendant, Cabela's Inc. and against the plaintiff, Tammi Killis.

---

This action was *(check one)*:

☐ tried by a jury with Judge Joan B. Gottschall presiding, and the jury has rendered a verdict.
☐ tried by Judge Joan B. Gottschall without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion for summary judgment [20].

Date: 1/8/2015                               Thomas G. Bruton, Clerk of Court

                                             Enjoli Fletcher, Deputy Clerk